SUMMERWILL, Appellant, v. GRAF, Respondent.

(238 N. W. 302.)

(File No. 7116.  Opinion filed October 19, 1931.) .

*Will G. Robinson,* of Pierre, for Appellant.
*Martens & Goldsmith,* of Pierre, for Respondent.

PER CURIAM.  Defendant demurred to the first cause of action set forth in plaintiff's complaint herein upon the ground that the same did not state facts sufficient to constitute a cause of action.  From an order sustaining the demurrer to said first cause of action in his complaint, plaintiff appealed to this court.

We are of the opinion that the learned trial judge ruled the matter correctly, and the order appealed from is affirmed.

All of the Judges concur.